# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | No. 08-03018-01-CR-S-GAF |
| KENDRA DUKES, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Upon motion being filed by the United States, and for good cause appearing, it is hereby ORDERED that the United States is granted leave of Court to dismiss the indictment filed in this case on February 27, 2008.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: April 28, 2009